AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

MIDDLE DISTRICT OF PENNSYLVANIA, AT WILLIAMSPORT

ROBERT LEON BUCKNER, #33001-037

V.

DR. ANTHONY BUSSANICH, M.D.

AND

MR. DONALD ROMINE, WARDEN,
U.S. PENITENTIARY LEWISBURG

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 1:CV-00-1594

I, ROBERT LEON BUCKNER, #33001-037, declare that I am the (check appropriate box)

xxx petitioner/plaintiff ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant XXX FILING CIVIL/TORT ACTION/COMPLAINT
other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Actions and/or inactions of above Defendants/Respondents have, and will continue to cause, severe bodily harm, physical and psychological/ psychiatrict/emotional damages by his/their negligence, malpractice, deliberate indifference to plaintiff's serious medical needs and easier and less efficacious treatment **unless immediate injunctive relief is ordered by this Honorable Court**

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No XXX
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    DRIVER STATEWIDE TRANSPORTATION, BALTO. MD, 1-31-1998 Approx $4,400 monthly (VARIES

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment   Yes ☐  No XXX
    b. Rent payments, interest or dividends?   Yes ☐  No XXX
    c. Pensions, annuities or life insurance payments?   Yes ☐  No XXX
    d. Gifts or inheritances?   Yes ☐  No XXX
    e. Any other sources? ***CONTINUED ON BACK***   Yes ☐  No XXX