④
9/19/00
TC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,        :
    Plaintiff
                                 :

    vs.                    :   CIVIL ACTION NO. 1:CV-00-1594

DR. ANTHONY BUSSANICH,      :
DONALD ROMINE, Warden
    Defendants        :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On September 8, 2000, the plaintiff filed this civil rights action. He also submitted an application to proceed in forma pauperis. Plaintiff did not, however, utilize this court's form application to proceed <u>in forma pauperis</u> or file an authorization form to have funds deducted from his prison trust fund account. He will be directed to do so.

Accordingly, this 18th day of September, 2000, it is ordered that, within twenty days of the date of this order, the plaintiff shall fully complete and return to the court the attached application to proceed in forma pauperis and authorization form or the complaint will be dismissed without prejudice.

                                             William W. Caldwell
                                             United States District Judge

AO 72A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

_____

_____        :        _____
                                      :        Civil Case No.
                                      :
     **Name of Plaintiff(s)**         :        _____
                                      :        Judge
           v.                         :
                                      :        (Number and Judge to be
_____        :        assigned by court)
                                      :
_____        :
                                      :
_____        :

     **Name of Defendant(s)**

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1. _____  I am willing to pursue my claims in this action under the provisions of the Prison Litigation Reform Act, understanding that pursuing my claims requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. _____  I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes _____   No _____

   (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
       Yes _____   No _____

(b) If your answer to question 3(a) above is "yes," please explain in detail why you are under imminent danger of serious physical injury:

_____

_____

_____

_____

4. (a) Are you presently employed at the Institution? Yes ____ No ____

    (b) If yes, what is your monthly compensation? $_____

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes _____ No _____

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____     _____
             (Date)                     (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

# AUTHORIZATION
(Prisoner's Account Only)

Note: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

     I, _____, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me to calculate and disburse funds from my account (or institutional equivalent) in the amounts specified by 29 U.S.C. § 1915(b).

     This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 20\_\_\_\_.

_____
Signature of Prisoner

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

September 18, 2000

Re:  1:00-cv-01594    Buckner v. Bussanich

True and correct copies of the attached were mailed by the clerk
to the following:

```
Robert Leon Buckner
USP-LEW2
Federal Prison Camp
33001-037
P.O. Box 2000, Unit 1
Lewisburg, PA  17837-2000
```

```
cc:
Judge                         ( ✓ )
Magistrate Judge              (   )
U.S. Marshal                  (   )
Probation                     (   )
U.S. Attorney                 (   )
Atty. for Deft.               (   )
Defendant                     (   )
Warden                        ( ✓ )
Bureau of Prisons             (   )
Ct Reporter                   (   )
Ctroom Deputy                 (   )
Orig-Security                 (   )
Federal Public Defender       (   )
Summons Issued                (   )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           (   )
Order to Show Cause           (   )  with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )

Bankruptcy Court              (   )
Other_____    (   )
```

MARY E. D'ANDREA, Clerk

DATE: ___9/18/00___          BY: _____
                                   Deputy Clerk