**AUTHORIZATION**
(Prisoner's Account Only)

Filed
RECEIVED
HARRISBURG, PA
SEP 2 5 2000
MARY E. D'ANDREA, CLERK
Per _____

Note: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, **ROBERT LEON BUCKNER**, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me to calculate and disburse funds from my account (or institutional equivalent) in the amounts specified by 29 U.S.C. § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: **Sept. 20**, 20**00**.

**S.M. Thomas, Case Manager**
Authorized by the Act of
July 7, 1955, as amended, to
administer oaths. (18 USC 4004)

Signature of Prisoner
**Robert Leon Buckner, #33001-037**

```
            ROBERT LEON BUCKNER
            BOP REG No. 33001-037
         FEDERAL PRISON CAMP LEWISBURG
         P.O. BOX 2000  -  UNIT K01-009L
            LEWISBURG, PENNSYLVANIA
                 17837 - 2000
```

September 20, 2000

Clerk of The Court
United States District Court For
The Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pennsylvania 17108 - 0983

                          RE: <u>BUCKNER vs. BUSSANICH, et al.</u>
                              <u>Civil Action # 1:CV-00-1594</u>

Dear Honorable Clerk;

    Would you please be so kind as to file the enclosed "Motion To Proceed <u>In Forma Pauperis</u>" in the above captioned case. This "Court's Motion" and "Authorization" is filed pursuant to the ORDER of the Court (Hon. J. William W. Caldwell) dated September 18, 2000.

    In addition, would you please forward a copy of the docket entries in this action.

    With my best regards, I remain

                                            Respectfully yours,

Date: <u>September 20, 2000.</u>            Robert Leon Buckner


Enclosures:

cc: File