IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert Leon Buckner, #33001-037

Name of Plaintiff(s)

v.

Dr. Anthony Bussanich, et al.

Name of Defendant(s)

FILED
SEP 25 2000
PER
HARRISBURG, PA.   DEPUTY CLERK

Civil Case No. 1: CV-00-1594

Hon. William W. Caldwell
Judge

(Number and Judge to be assigned by court)

## APPLICATION TO PROCEED IN FORMA PAUPERIS

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. **XXXXXXX** I am willing to pursue my claims in this action under the provisions of the Prison Litigation Reform Act, understanding that pursuing my claims requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. **XXXXXXX** I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?   Yes **XXXXX**   No _____

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
    Yes **XXXXXX**   No _____

(b) If your answer to question 3(a) above is "yes," please explain in detail why you are under imminent danger of serious physical injury:

Plaintiff is not only "under imminent danger of serious physical injury," but has already experienced serious physical injury. Plaintiff suffers from a severe case of Meneire's Disease and eighth (8th) cranial nerve damage which causes sudden and uncontrolled episodes of vertigo, Tinitus, nausea, blindness as well as other symptoms that HAVE and will continue to cause serious illness, without proper medicati

4. (a) Are you presently employed at the Institution? Yes ____ No XXXX

(b) If yes, what is your monthly compensation? $ 0.00    NO

5. Do you own any cash or other property; have a bank account; or receive money from any source?   Yes ____   No XXXX

If the answer is "yes" to any of the above, describe each source and the amount involved.

_____

_____

_____

_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  9/20/2000                    _____
              (Date)                        (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

**S.M. Thomas, Case Manager**
**Authorized by the Act of**
**July 7, 1955, as amended, to**
**administer oaths. (18 USC 4004)**