DMB:MEH:mel:2000V0090124

1-09-01

FILED
WILLIAMSPORT, PA

JAN 25 2001

MARY E. D'ANDREA, CLERK
Per ___KF___
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,           :
            Plaintiff          :
                               :
    v.                         :   Civil No. 1:CV-00-1594
                               :   (Caldwell, J.)
DR. ANTHONY BUSSANICH, M.D.,   :
and DONALD ROMINE, Warden, USP,:
            Defendants         :

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendants hereby request the Court to permit them to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 7.8 in filing the brief in support of their motion to dismiss. A brief in support of this motion has been filed in accordance with Local Rule 7.5. Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                            Respectfully submitted,

                            DAVID M. BARASCH
                            United States Attorney

                            /s/ Matthew E. Haggerty

                            MATTHEW E. HAGGERTY
                            Assistant U.S. Attorney
                            MICHELE E. LINCALIS
                            Paralegal Specialist
                            316 Federal Building
                            240 West Third Street
                            Williamsport, PA 17703

Dated: January 25, 2001

```
              UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF PENNSYLVANIA
```

ROBERT LEON BUCKNER,                :
     Plaintiff               :
                             :
     v.                      :   Civil No. 1:CV-00-1594
                             :   (Caldwell, J.)
DR. ANTHONY BUSSANICH, M.D.,        :
and DONALD ROMINE, Warden, USP,     :
     Defendants              :

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on January 25, 2001, she served a copy of the attached

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Robert Leon Buckner
Reg. No. 33001-037
LEC Unit K01-009L
P.O. Box 2000
Lewisburg, PA 17837

*Michele E. Lincalis*
MICHELE E. LINCALIS
Paralegal Specialist