DMB:MEH:mel:2000V0090124

FILED
WILLIAMSPORT, PA

JAN 2 9 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,          :
            Plaintiff         :
                              :
        v.                    :   Civil No. 1:CV-00-1594
                              :   (Caldwell, J.)
DR. ANTHONY BUSSANICH, M.D.,  :
and DONALD ROMINE, Warden, USP, :
            Defendants        :


## EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS


DAVID M. BARASCH
United States Attorney

MATTHEW E. HAGGERTY
Assistant U.S. Attorney
MICHELE E. LINCALIS
Paralegal Specialist
316 Federal Building
240 West Third Street
Williamsport, PA 17703

Dated: January 29, 2001

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

Robert Leon Buckner,

    Plaintiff,

    vs.                     CIV. NO. 1:CV-00-1594

Donald ROMINE, Warden, and
Dr. Anthony Bussanich

    Defendants.

Certification of Records

    I, Christopher W. Chambers, hereby declare and state the following:

    1)   I am an Paralegal Specialist employed by the United States Department of Justice, Federal Bureau of Prisons (BOP), and assigned to the United States Penitentiary (USP), Lewisburg, Lewisburg, Pennsylvania.  I have held this position since October of 1999.

    2)   Included among my duties as a Paralegal Specialist is the responsibility to assist United States Attorneys' Offices in the defense of civil litigation arising out of USP Lewisburg, located within the Middle District of Pennsylvania.  Therefore, I have access to records maintained in the ordinary course of business by the Federal Bureau of Prisons.

    3)   I have read the complaint filed in the above referenced civil action by inmate Robert Leon Buckner, Federal Registration Number 33001-037.

    4)   The attached documents are true and correct copies of selected records found in the Central of Mr. Buckner, Federal Registration Number 33001-037.  Also, the attached documents are true and correct copies of selected records maintained by the Federal Bureau of Prisons SENTRY computer system which pertain to Mr. Buckner, Federal Registration Number 33001-037.

GOVERNMENT
EXHIBIT

|

PENGAD-Bayonne, N.J.

Pursuant to the provisions of 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this _12_ day of December 2000.

Christopher W. Chambers
Paralegal Specialist
Federal Bureau of Prisons
USP Lewisburg
Lewisburg, Pennsylvania

**EXHIBIT A**

000003

```
  LEW18  540*23 *          SENTENCE MONITORING          *    12-07-2000
PAGE 001          *          COMPUTATION DATA           *    10:05:50
                             AS OF 12-07-2000

REGNO..: 33001-037 NAME: BUCKNER, ROBERT LEON


FBI NO..........: 826258P9           DATE OF BIRTH: 12-20-1956
ARS1............: LEW/A-DES
UNIT............: LEC                 QUARTERS.....: K01-009L
DETAINERS.......: NO                  NOTIFICATIONS: NO


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-02-2001 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: MARYLAND
DOCKET NUMBER...................: JFM-97-0413
JUDGE...........................: MOTZ
DATE SENTENCED/PROBATION IMPOSED: 11-19-1998
DATE COMMITTED..................: 04-04-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $50.00         $00.00          $01.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

---------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:  521
OFF/CHG: MAKING FALSE STATEMENTS BEFORE U. S. DISTRICT COURT -
         18 USC 1623

  SENTENCE PROCEDURE.............: 3559 VCCLEA NON-VIOLENT SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    36 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  DATE OF OFFENSE................: 12-06-1995




G0002      MORE PAGES TO FOLLOW . . .
```

000004

```
   LEW18  540*23 *        SENTENCE MONITORING       *     12-07-2000
   PAGE 002 OF 002 *        COMPUTATION DATA          *     10:05:50
                            AS OF 12-07-2000

   REGNO..: 33001-037 NAME: BUCKNER, ROBERT LEON


   ------------------------CURRENT COMPUTATION NO: 010 ------------------------

   COMPUTATION 010 WAS LAST UPDATED ON 07-19-2000 AT LEW AUTOMATICALLY

   THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
   CURRENT COMPUTATION 010: 010 010

   DATE COMPUTATION BEGAN..........: 02-17-2000
   TOTAL TERM IN EFFECT............:    36 MONTHS
   TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS

   JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                       09-20-1996     09-20-1996
                                       02-16-1997     02-16-1997
                                       08-07-1997     09-04-1997
                                       12-05-1997     12-05-1997
                                       07-12-1998     05-05-1999

   TOTAL PRIOR CREDIT TIME.........: 330
   TOTAL INOPERATIVE TIME..........: 0
   TOTAL GCT POSSIBLE..............: 141
   TOTAL GCT AWARDED...............: 54
   STATUTORY RELEASE DATE (CURRENT): 01-28-2002
   SIX MONTH /10% DATE.............: 07-31-2001
   EXPIRATION FULL TERM DATE.......: 03-23-2002


   PROJECTED SATISFACTION DATE.....: 11-02-2001
   PROJECTED SATISFACTION METHOD...: GCT REL

   REMARKS.......: RELEASED FROM ANNE ARUNDEL COUNTY SENTENCE ON 02-17-2000.




   S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

**EXHIBIT B**

000006

BP-S597.053   UNIT ADMISSION AND ORIENTATION PROGRAM CHECKLIST   CDFRM
JUN 94
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

__BUCKNER, Robert__                              __33001-037__
INMATE PRINTED NAME                              REGISTER NUMBER

Unit Manager                                     _____
        Sanitation/Security/Safety              STAFF SIGNATURE
        Rights and Responsibilities
        Unit Mission and Programs                __4. 5-00__
        Unit Organization and Staff Responsibility   DATE

Case Manager                                     _____
        Classification/Reviews - Unit Team      STAFF SIGNATURE
        Sentence Data and Detainers
        Custody/Security Level                   __4-5-00__
        Furloughs/Escorted Trips
        Programs - ED/VT/UNICOR/DAP/Recreation   DATE
        UDC/DHO/FRP
        Law Library/Administrative Remedy
        Release Preparation

Counselor                                        _____
        Personal Appearance/Personal Property   SIGNATURE
        Counseling/Problem Solving
        Medical Services/Religious Services      __4-5-00__
        Commissary/Withdrawal of Funds/ FRP
        Mail Regulations (Special and General)   DATE
        Work Assignments/Performance Pay
        Visiting and Telephone Privileges
        Unit Bulletin Board/Change Sheet

Unit Officer                                     _____
        Counts/Accountability/Searches          SIGNATURE
        Pass System/Controlled Movement
        Clothing and Laundry                     __4-5-00__
        Wake-up/Lights Out/TV Policy
        Fire Escape Procedures                   DATE
        Unit Visitation
        Sanitation/Smoking Rules

Additional Topics
        _____            _____
        _____            STAFF SIGNATURE
        _____            _____
        _____            DATE

I have been oriented in all of the areas listed above and have had an opportunity to
discuss same with unit staff.

_____  __4-5-00__
INMATE'S SIGNATURE/DATE

(This form may be reproduced via WP)

**EXHIBIT C**

000008

BP-S518.052 ADMISSION AND O    .TATION PROGRAM CHECKLIST CDF 
SEP 99
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| PROGRAM CONTENT PHASE | AUTHORIZED STAFF INITIALS | DATE LECTURE/ DISCUSSION GIVEN |
|---|---|---|
| 1. Intake Screening                                    Camp | *OR* | 4-26-00 |
| 2. Medical/Dental Examination                    Medical | JF | 4-26-00 |
| 3. Medical Services/AIDS Film & Lecture    Medical | JF | 4-26-00 |
| 4. Inmate Systems (Records Office/R & D/Mail Room) ISM | *RK* | 4-26-00 |
| 5. Rights and Responsibilities                    Camp | *R* | 4-26-00 |
| 6. Visiting                                            Camp | *R* | 4-26-00 |
| 7. Telephone Regulations/Procedures(including provisions for inmate attorney calls)    Camp | *R* | 4-26-00 |
| 8. Food Service                                        F/S | *J* | 4-26-00 |
| 9. Commissary Services                          Bus. Off. | *JH* | 4-26-00 |
| 10. Psychology Services/Drug Abuse Program    Psych. | *R* | 4-26-00 |
| 11. Chaplaincy Services                        Chaplain | *Jmg* | 4-26-00 |
| 12. Mechanical Services                      Mech. Svc. | *SM* | 4/26/00 |
| 13. Safety and Sanitation (Cell and Unit)    Safety | *S* | 4-26-00 |
| 14. Education/Vocational Interview              Educ. | *BH* | 4-26-00 |
| 15. Educational, Vocational, Leisure Time Activities, Library Services, GED: VCCLEA/PLRA    Educ. | *BH* | 4-26-00 |
| 16. UNICOR Interview                            Unicor | *BH* | 4-26-00 |
| 17. Veterans/Social Security Benefits          Educ. | *BH* | 4-26-00 |
| 18. Treaty Agreement for Transfer of Offenders to Foreign Countries    CMC | *MJ* | 4-26-00 |
| 19. Inmate Accident Compensation              Safety | *S* | 4-26-00 |
| 20. Financial Responsibility Program/Inmate Accounts  CMC | *MJ* | 4-26-00 |
| 21. Community-Based Activities (Furloughs/CCC Program/Escorted Trips)    Camp | *R* | 4-26-00 |
| 22. Unit Management (Roles and Responsibilities of Unit Staff)    CMC | *MJ* | 4-26-00 |
| 23. Selective Service System/BOP Registration Program    CMC | *MJ* | 4-26-00 |
| 24. Administrative Remedy Program              Camp | *R* | 4-26-00 |
| 25. Clothing Requests/Laundry Procedures    Bus. Off. | *JH* | 4-26-00 |
| 26. Correctional Services (Contraband, Courts, Camp Searches, Accountability, UDC/DHO/VCCLEA/PLRA) | *R* | 4-26-00 |

000009

| 27. Release Preparation Program | CMC | | M | 4-26-08 |
| 28. Sexual Abuse/Assault Prevention and Intervention | Psych | | C | 4-26-00 |
| 29. Diversity in the Criminal Justice System | Psych | | C | 4-26-00 |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |

Comments:

I have attended all classes of the A & O Program as listed above.

| Signature of Inmate<br>BUCKNER, Robert | Register No.<br>33001-037 | Date |
| --- | --- | --- |

x _[signature]_

(This form may be replicated via WP)          Replaces BP-S518.052 of OCT 98

# EXHIBIT D

000010

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons



**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _BUCKNER, ROBERT L. 33001-037 K01-007L LEC_
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST**

_See Motel "&-o _____
Response to BP-P," Atached AL___
is BP-9 & Response thereto._

_8-3-2000_
    DATE              SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_Rec'd 8/4/00_
_Am_

_8/24/00_
    DATE                      WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE     CASE NUMBER: _218797-F1_

                                                CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _BUCKNER, ROBERT L. 33001-037 K01-009L LEC_
          LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

000011

## BP-9 APPEAL OF RESPONSE TO BP-8

In a response to my BP-8, Edgardo Ong, Physicians Assistant, responded. (attached). He states that **"Clonazepam (Klonopin) is NOT the treatment of choice for 8th [cranial] nerve damage nor it is** [sic] **the drug of choice for Meniere's disease."** On the contrary, the combination of "Clonazepam & Meclizine" has been "the treatment of choice" for over 24 years now. (at first, it was Diazepam & Meclizine HCL. Approximately 12 years ago my regimen was changed to substitute Clonazepam for the Diazepam because of Klonopin's less harsh effect than Diazepam).

This "treatment of choice" was settled on after a long rough road of drug trials by Neurologists, ENT Specialists, and Psychiatrists working together at Johns Hopkins Hospital, University of Maryland Hospital and the Veterans Hospital in Baltimore. This combination of Klonopin & Meclizine was settled upon after trials with over a dozen different medications and combinations thereof, including Klonopin alone, and meclizine alone, of which neither worked. Yet, together they provided relief of the debilitating symptoms of Meniere's Disease as well as minimizing the symptoms of my Anxiety Disorder, Panic attacks and military related PTSD ("flashbacks").

Even P.A. Ong states in his response to my BP-8 that,[**m**]**edically, there is no definitive cure for it** [Meniere's Disease ] **but the best approach is restriction of salt intake and use of diuretics such as Triamterene/HCTZ."**

First off, I am already taking Triamtrene/HCTZ 75/50 for hyper-tension and its presence or absence has no effectiveness insofar as my symptoms related to Meniere's Disease. Triamtrene/HCTZ ("Maxide") "is indicated for the treatment of hypertension or edema in patients who develop Hypokalemia on Hydrochlorothiazide alone." This, with a "restricted salt intake," may well be a treatment of choice for a case of hypertension, but has no place in my regimen of treatment for Meniere's Disease, Anxiety Disorder, Panic Attacks or PTSD ("flashbacks'

I initially agreed to "work with" Dr. Bussanich in the tapering of my Klonopin to a lower dosage. Now, it has come so low as to cause severity of the symptoms on a daily basis. I started at Meclizine HCL 25 mg. & Klonopin 2 mg., three times a day and have tapered down to Meclizine HCL 25 mg. T.I.D. and Klonopin 1mg. in AM & 1½mg. H.S. I had notified Dr. Bussanich that I was not able to tolerate any further

BP-9 APPEAL CONTINUED                           BUCKNER, ROBERT LEON
MEDICAL COMPLAINT/LEC LEWISBURG                  #33001-037

reduction of my Klonopin when I was down to 1 mg. AM, 1 mg. MID-DAY,
and 1½ mg. H.S. Nevertheless, he continued to reduce my Clonazepam
without any regard to my worsening symptoms.

P.A. Ong states in his response to my BP-8 the lack of a
"medically...definitive cure" for my medical condition. That may be
correct when speaking of a large overall percentage of the population
that suffer from this (or these) disease[s]. But this is not the case
here. I have went through several years of painstaking trials of many
different drugs in the past and have found that the combination of
Meclizine HCL T.I.D. with Klonopin 1mg., 1mg., &1½mg., is as low as
my tolerance to the symptoms will allow without possibly being at
risk of serious bodily injury to myself, or others for that matter.

Although in these follow-the-leader times the voice of moderation
may be considered in many circles tantamount to treason. Nonetheless,
I feel greatly compelled to voice my objection insofar as my badly
needed, yet much ignored, proper treatment for this condition of which
has been treated successfully for over 25 years with the same medicinal
regimen that is now being denied, showing, without a doubt, deliberate
indifference to a serious medical need.

Lastly, P.A. Ong states **"[s]ince you are taking both medications
(Clonazepam + Meclizine) at the same time, you might have concluded
that both drugs were combined to relieve your Meniere's disease."**
(emphasis added)  This "CONCLUSION" was not made inadvertently: It
was concluded, as I stated above, after lengthy trials with many
different drugs and combinations thereof, by specialists in the field
of Neurology, Psychiatry and ENT.

And, YES, I do "feel betrayed," as P.A. Ong puts it. After I
have offered my services to the Armed Forces; raised arms and shed
blood to perserve the principles and rights of our Constitution and
democracy in a very unpopular war of which I sustained psychiatric,
emotional and physical injuries that my own government now turns its
back to when I seek only minimal compensation: The medicinal regimen
taken for the last 25 years to relieve the suffering of these injuries.

ROBERT LEON BUCKNER #33001-037

**Admin. Remedy No.: 218797-F1**
**Part B - Response**

### ADMINISTRATIVE REMEDY RESPONSE

In your Request for Administrative Remedy, you request continued treatment of your Meniere's disease with clonazepam, a benzodiazepine DEA controlled substance. You have explained that the combination of clonazepam and meclizine is the treatment of choice arrived at over several years of experimentation by your earlier providers.

A review into this matter reveals that treatment of Meniere's disease with a combination of clonazepam and meclizine is not supported by current medical literature. According to Bureau of Prisons' treatment guidelines, patients arriving with a current treatment regimen of clonazepam are to be tapered from the drug, with substitution of a non-benzodiazepine if clinically indicated. The psychiatrist at the U.S. Medical Center for Federal Prisoners recommended completely discontinuing your clonazepam over the course of one month. Your clonazepam has been slowly tapered over the course of four months. Should an anti-anxiety agent be indicated in your case, one other than benzodiazepine will be added.

Based on the foregoing, your request for relief regarding treatment of your Meniere's disease is DENIED. If dissatisfied with this response, you may appeal to the Regional Director, United States Federal Bureau of Prisons, Northeast Regional Office, United States Customs House - Seventh Floor, Second and Chestnut Streets, Philadelphia, PA 19106, within twenty (20) calendar days from the date of this response.

Donald Romine, Warden          Date  8/24/00

# RESPONSE TO INFORMAL RESOLUTION ATTEMPT

SUBMITTED BY:    BUCKNER, LEON (33001-037)
DATE:            July 21, 2000
RECEIVED @ HSU:  July 26, 2000

Mr. Buckner,

We received your BP-8 regarding your medical care.  It is very unfortunate that you feel betrayed despite all the medical attention that we extend to you.  In summary, your letter expressed dissatisfaction to the reduction and eventual discontinuation of Clonazepam (Klonopin) as treatment of your Meniere's disease.

Clonazepam (Klonopin) is **NOT** the treatment of choice for 8th nerve damage nor it is the drug of choice for Meniere's disease.  Medically, there is no definitive cure for it but the best approach is restriction of salt intake and use of diuretics such as Triamterene/HCTZ.  If the dizziness is secondary to trauma, a sufficient dose of Meclizine 25 mg TID should relieve the symptoms.  Clonazepam is more of anxiolytic (for the relief of anxiety).  The use of Clonazepam is very restricted and will depend on the assessment of the physician (Dr. Bussanich) or the psychologist.  However, there are other medications that are proven effective for anxiety and each depends of the type of anxiety.  Clonazepam is not a drug of choice for anxiety hence, substitution is almost always routine.  Since you are taking both medications (Clonazepam + Meclizine) at the same time, you might have concluded that both drugs were combined to relieve your Meniere's disease.

If you need additional information about your medications, please feel free to write a cop out to our pharmacist.

On behalf of the Health Services Unit, I anticipate your full adjustment to your treatment regimen.

Thank you and we appreciate your patience.

EDGARDO J. ONG, AHSA, Acting

ATTACHMENT #1
LEW 1330.16
Page 1

## INFORMAL RESOLUTION ATTEMPT

In accordance with Program Statement 1330.7, Administrative Remedy Procedure for Inmates, this form will serve as documentation by the respective staff member and his unit manager to indicate an informal attempt to resolve the complaint of the following inmate:

NAME: ROBERT LEON BUCKNER          Reg. No. 33001-037

FORM TO INMATE: 7/21/2000     STAFF  M. Aur          LEC
                (Date)               (Name)          (Unit)

A BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM ATTACHED (Pg 1 & Pg 2).
------------------------------------------------------------------
1.  Nature of Complaint (to be completed by inmate):

Dr. Bussanich, while "displaying a culpable state of mind,"[1] is showing "deliberate indifference to a serious medical need"[2] by depriving me of the correct combination of medications for treatment of chronic and severe 8th cranial nerve damage and Meniere's Disease which is well documented for over 20 years. Specifically, he has slowly discontinued my Klonopin 2mg. & Meclazine HCL 25mg. T.I.D. down to Klonopin 1mg. in A.M. and 1½mg H.S., and has informed me that on August 1st he will be taking the A.M. dosage, then discontinue Klonopin completely. The doctor has known since my arrival to LEC that without this medication I "face substantial risk of serious harm"[3] and has "disregard[ed] that risk by failing to take reasonable measures to abate it."[4] Even though I have recently suffered a recent head injury requir[ing] sutures, and have informed the Dr. that my vertigo, tinitus is getting wors[e] as he discontinues my medication (mixture of Klonopin & Meclazine), neverth[eless] he continues to deprive me in a "wanton and reckless manner"[5] of this much needed combination that is well documented in LEC records as well as outsid[e] medical records dating back over 20 years. There is "wanton recklessness" where "there are no constraints [on the Dr.] in continuing [my] past regime[n] of treatment,"[6] and is "totally without penological justification."[7] these actions, or lack thereof, is assuredly an 8th Amend. violation by all case law.

000016

ROBERT LEON BUCKNER          FOOTNOTES TO BP-8          DATED 7/21/2000

## SUPPORTING CASE LAW

1
WILSON V. SEITER, 501 U.S. 294, at 298; RHODES V. CHAPMAN, 452 U.S. 337;
BORETTI V. WISCOMB, 930 F.2d 1150, at 1154-55; HEMMINGS V. GORCZYK, 134
F.3d 104, at 109.

2
8th Amendment U.S. Constitution; ESTELLE V. GAMBLE, 429 U.S. 97, at 106;
McELLIGOT V. FOLEY, 182 F.3d 1248, at 1256 (1999); BORETTI V WISCOMB, in
HEMMINGS V. GORCZYK, Infra.;

3
FARMER V. BRENNAN, 511 U.S. 825 (1994).

4
FARMER, Infra.

5
WILSON V. SEITER, Infra. (quoting WHITELY V. ALBERS, 475 U.S. 312, at 31

6
Id.

7
GREGG V. GEORGIA, 428 U.S. 153, at 183.

**EXHIBIT E**

000018

JAN-12-01 FRI 10:39 AM                                                          P. 2

```
     LEW17        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    01-12-2001
     PAGE 002 OF 002 *           FULL SCREEN FORMAT             *    09:19:23

     REGNO: 33001-037 NAME: BUCKNER, ROBERT
     RSP OF..: LEW UNT/LOC/DST: LEC              QTR.: K01-009L   RCV OFC: LEW
     REMEDY ID: 218797-F1     SUB1: 26DC SUB2:   DATE RCV:  08-04-2000
     UNT RCV..: LEC          QTR RCV.: K01-009L  FACL RCV: LEW
     UNT ORG..: LEC          QTR ORG.: K01-009L  FACL ORG: LEW
     EVT FACL.: LEW    ACC LEV:  LEW 1              RESP DUE: THU  08-24-2000
     ABSTRACT.: HEALTH SVCS. WRONGLY REDUCING AMOUNT OF MEDICINE
     STATUS DT: 08-24-2000  STATUS CODE: CLD STATUS REASON: DNY
     INCRPTNO.:         RCT: P EXT:   DATE ENTD: 08-08-2000
     REMARKS,.:


                      CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
     DATE DUE        DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
     THU 08-17-2000  MED SVC      JH    08-08-2000   INV         08-17-2000
     MON 08-21-2000  AWO          DN    08-17-2000   INV         08-22-2000
     WED 08-23-2000  EXEC ASST    BP    08-22-2000   INV         08-23-2000
     THU 08-24-2000  CEO          DR    08-23-2000   SIG         08-24-2000
```

```
              1 REMEDY SUBMISSION(S) SELECTED
     G0000   TRANSACTION SUCCESSFULLY COMPLETED
```

000019

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER, :
           Plaintiff :
             :
             :
           v. : Civil No. 1:CV-00-1594
             : (Caldwell, J.)
DR. ANTHONY BUSSANICH, M.D., :
and DONALD ROMINE, Warden, USP, :
           Defendants :

CERTIFICATE OF SERVICE BY MAIL

      The undersigned hereby certifies that she is an
employee in the Office of the United States Attorney for the
Middle District of Pennsylvania and is a person of such age and
discretion as to be competent to serve papers.

      That on January 29, 2001, she served a copy of the
attached

EXHIBITS TO DEFENDANTS' BRIEF IN SUPPORT OF THEIR
MOTION TO DISMISS

by placing said copy in a postpaid envelope addressed to the
person hereinafter named, at the place and address stated below,
which is the last known address, and by depositing said envelope
and contents in the United States Mail at Williamsport,
Pennsylvania.

Addressee:

Robert Leon Buckner
Reg. No. 33001-037
LEC Unit K01-009L
P.O. Box 2000
Lewisburg, PA 17837

MICHELE E. LINCALIS
Paralegal Specialist