ORIGINAL

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,
     Plaintiff, pro se

V.

DR. ANTHONY BUSSANICH, M.D.,
and DONALD ROMINE, Warden, USP,
     Defendants

Civil No. 1:CV-00-1594
(Caldwell, J.)

FILED
HARRISBURG, PA
JAN 3 1 2001
MARY E. D'ANDREA, CL
Per _____ Deputy Clerk

\* \* \* \* \* \* oOo \* \* \* \* \*

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES AND NOTICE OF NON-RECEIPT OF DEFENDANTS' MOTION TO DISMISS FILED ON JANUARY 12, 2001

    Defendants have stated that a "Motion To Dismiss" was filed on "January 12, 2001." [1] On January 25, 2001, Defendants filed a Motion For Leave to File a Brief in Excess of Fifteen Pages. Plaintiff now responds to that motion, and in support thereof states the following:

    1. Although concurrence of Defendants motion may not be needed in light of Local Rule 7.1; nevertheless, understanding the fact that a question of law is at bar and not previously before this Court, PLAINTIFF CONCURS with Defendants as to any excess pages of brief that they, and the Court, deem necessary to brief the issue.

    2. Furthermore, Plaintiff gives notice that he has not been supplied with a copy of Defendants' Motion to Dismiss and makes a request to Defendants and/or Court to provide a copy of same.

    WHEREFORE, your Plaintiff has no objection to this Court granting Defendants' Motion to Brief in Excess and, furthermore, requests a copy of any documents filed in this case between the Court's order dated November 8, 2000, and Defendants' motion filed January 25, 2001.

---

[1] Plaintiff received a copy of this Court's order to reopen this case under date of November 8, 2000. He has received nothing at all since that including Defendants' "Motion to Dismiss" of "January 12, 2001."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing response to Defendants' Motion to File Brief in Excess of Fifteen Pages was mailed to Mr. Matthew E. Haggerty, Esq., Assistant United States Attorney, 316 Federal Building, 240 West Third Street, Williamsport, Pennsylvania 17703, on this __27th__ day of January, 2001, by placing same in an addressed envelope, first class postage prepaid, and depositing same in the inmate Legal Mail Box.

_____
Robert Leon Buckner

DATE: January 27, 2001.

Respectfully submitted,

_____
Robert Leon Buckner, Plaintiff,
Federal Prison Camp Lewisburg
P.O. Box 2000 - Unit K01-009L
Lewisburg, Pennsylvania 17837

2.