UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,          :
    Plaintiff                 :
                              :
    v.                        :   Civil No. 1:CV-00-1594
                              :   (Caldwell, J.)
DR. ANTHONY BUSSANICH, M.D.,  :
and DONALD ROMINE, Warden, USP, :
    Defendants                :

FILED
HARRISBURG, PA
JAN 3 1 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

O R D E R

AND NOW, this 31st day of January, 2001, upon consideration of Defendants' motion to exceed the fifteen-page limit, **IT IS HEREBY ORDERED** that said motion is granted. Defendants may file a brief in support of their motion to dismiss which does not exceed twenty (20) pages.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

January 31, 2001

Re:  1:00-cv-01594    Buckner v. Bussanich

True and correct copies of the attached were mailed by the clerk to the following:

```
Robert Leon Buckner
USP-LEW2
Federal Prison Camp
33001-037
P.O. Box 2000, Unit 1
Lewisburg, PA  17837-2000

Matthew E. Haggerty, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108
```

```
cc:
Judge                        (X)
Magistrate Judge             ( )
U.S. Marshal                 ( )
Probation                    ( )
U.S. Attorney                ( )
Atty. for Deft.              ( )
Defendant                    ( )
Warden                       ( )
Bureau of Prisons            ( )
Ct Reporter                  ( )
Ctroom Deputy                ( )
Orig-Security                ( )
Federal Public Defender      ( )
Summons Issued               ( ) with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5          ( )
Order to Show Cause          ( ) with Petition attached & mailed certified mail
                                 to: US Atty Gen   ( )   PA Atty Gen  ( )
                                     DA of County  ( )   Respondents  ( )
Bankruptcy Court             ( )
Other_____ ( )
```

MARY E. D'ANDREA, Clerk

DATE: _____1-31-01_____      BY: /s/ STN
                                 Deputy Clerk