*seal*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER, :
    Plaintiff
  :

vs. : CIVIL ACTION NO. 1:CV-00-1594

DR. ANTHONY BUSSANICH, :
DONALD ROMINE, Warden
    Defendants :

O R D E R

FILED
HARRISBURG, PA

FEB 9 - 2001

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

AND NOW, this 9th day of February, 2001, upon consideration of the Plaintiff's motion for appointment of counsel, filed January 31, 2001, it is ordered that the motion shall be held in abeyance until briefing on the Defendants' motion to dismiss is completed.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 9, 2001

Re:  1:00-cv-01594    Buckner v. Bussanich

True and correct copies of the attached were mailed by the clerk
to the following:

    Robert Leon Buckner
    USP-LEW2
    Federal Prison Camp
    33001-037
    P.O. Box 2000, Unit 1
    Lewisburg, PA  17837-2000

    Matthew E. Haggerty, Esq.
    U.S. Attorney's Office
    228 Walnut Street
    P.O. Box 11754
    Harrisburg, PA  17108

```
cc:
Judge                           ( /)           ( ) Pro Se Law Clerk
Magistrate Judge                ( )            ( ) INS
U.S. Marshal                    ( )            ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: 2-9-01          BY: /s/ [signature]
                      Deputy Clerk