UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER, :
    Plaintiff :
 :
    v. : Civil No. 1:CV-00-1594
 : (Caldwell, J.)
DR. ANTHONY BUSSANICH, M.D., :
and DONALD ROMINE, Warden, USP, :
    Defendants :

**FILED**
WILLIAMSPORT, PA

FEB 1 2 2001

MARY E. D'ANDREA, CLERK
Per_____ KF
    DEPUTY CLERK

<u>CERTIFICATE OF SERVICE BY MAIL</u>

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on February 12, 2001, she re-served a copy of

DEFENDANT'S MOTION TO DISMISS

filed on January 12, 2001, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Robert Leon Buckner
Reg. No. 33001-037
LEC Unit K01-009L
P.O. Box 2000
Lewisburg, PA 17837

                                       _/s/ Michele E. Lincalis_
                                       MICHELE E. LINCALIS
                                       Paralegal Specialist