DMB:MEH:mel:2000V00901

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT, PA

FEB 1 2 2001

MARY E. D'ANDREA, CLERK
Per_____ KF
DEPUTY CLERK

ROBERT LEON BUCKNER,
    Plaintiff

v.

DR. ANTHONY BUSSANICH, M.D.,
and DONALD ROMINE, Warden, USP,
    Defendants

Civil No. 1:CV-00-1594
(Caldwell, J.)

### NOTICE TO THE COURT

Defendants are in receipt of "Plaintiffs' Response to Defendants' Motion for Leave to File Brief in Excess of Fifteen Pages and Notice of Non-Receipt of Defendants' Motion to Dismiss Filed on January 12, 2001." Plaintiff states that he never received Defendants' motion to dismiss served upon him on January 12, 2001. Defendants hereby give notice to the Court that the motion to dismiss has been re-served upon Plaintiff. A certificate of service indicating such has been filed under separate cover.

                    Respectfully submitted,

                    DAVID M. BARASCH
                    United States Attorney

                    MATTHEW E. HAGGERTY
                    Assistant U.S. Attorney
                    MICHELE E. LINCALIS
                    Paralegal Specialist
                    316 Federal Building
                    240 West Third Street
                    Williamsport, PA  17703

Dated: February 12, 2001

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,  :
      Plaintiff  :
        :
    v.  :  Civil No. 1:CV-00-1594
        :  (Caldwell, J.)
DR. ANTHONY BUSSANICH, M.D.,  :
and DONALD ROMINE, Warden, USP,  :
      Defendants  :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on February 12, 2001, she served a copy of the attached

### NOTICE TO THE COURT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Robert Leon Buckner
Reg. No. 33001-037
LEC Unit K01-009L
P.O. Box 2000
Lewisburg, PA 17837

*Michele E Lincalis*
MICHELE E. LINCALIS
Paralegal Specialist