IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,
    Plaintiff, pro se;

v.    Civil No. 1:CV-00-1594
(Caldwell, J.)

DR. ANTHONY BUSSANICH, M.D.,
and DONALD ROMINE, Warden, USP,
    Defendants.

\* \* \* \* \* \* oOo \* \* \* \* \*

### PLAINTIFFS' RESPONSE TO REPLY BRIEF OF DEFENDANTS' MOTION TO DISMISS FILED ON FEBRUARY 20, 2001

    Defendants filed a reply brief on February 20, 2001, in the instant case. This brief seems to be a response to Plaintiff's "Reply Brief of Plaintiff Opposing Defendant's Motion to Dismiss." Your Plaintiff makes this very short answer to that filing so as not to hold a ruling on the matter from being handed down at the Court's earliest possible date. Plaintiff is seeking emergency preliminary injunctive relief, and, although Plaintiff could make substantive argument against Defendant's stand, it would only serve to delay the injunctive relief prayed in these pleadings and would be repetitive, causing the light on the underlying medical issues to fade into obscurity.

    WHEREFORE, Plaintiff prays this Court to DENY Defendant's Motion to Dismiss; GRANT Plaintiff's Motion for Appointment of Counsel; GRANT Plaintiff's preliminary injunctive relief for the "restart" of his medicinal regimen; GRANT Appointment of Expert Medical Witness; and all other relief prayed by Plaintiff in his pleadings, as well as any other and further relief that this Honorable Court deems just, proper, and appropriate under the circumstances.

```
                              Respectfully submitted,

DATE: February 26, 2001.      Robert Leon Buckner,
                                     Plaintiff, pro se
                              BOP REG. No. 33001-037
                              Federal Prison Camp Lewisburg
                              P.O. Box 2000 - UNIT K01-009L
                              Lewisburg, Pennsylvania 17837
```

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing response was mailed, first-class postage affixed, to Mr. Matthew E. Haggerty, Esq., Assistant United States Attorney, 316 Federal Building, 240 West Third Street, Williamsport, Pennsylvania 17703, on this **26th** day of February, 2001.

Robert Leon Buckner