### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### (Williamsport)

ROBERT LEON BUCKNER,

       Plaintiff, pro se,  *

                          *

    vs.               *    CIVIL ACTION No. 1:CV-00-1594

                          *         (Caldwell, J.)

                          *

DR. ANTHONY BUSSANICH, M.D.,
and DONALD ROMINE, WARDEN,  *

       Defendants.

                          *

\*  \*  \*  \*  \*  \*  oOo  \*  \*  \*  \*  \*

**PLAINTIFF'S REPLY TO DEFENDANTS'**

**MOTION TO DISMISS**

**CONVERTED BY THE COURT TO A**

**MOTION FOR SUMMARY JUDGEMENT**

**BY COURT ORDER DATED MARCH 15, 2001**

FILED
WILLIAMSPORT, PA

MAR 2 1 2001

MARY E. D'ANDREA, CLERK
Per_____
               DEPUTY CLERK

COMES NOW, Plaintiff, Robert Leon Buckner, pro se, in reply to the ORDER of the Court, dated March 15, 2001, thereby converting Defendants' Motion to Dismiss into a Motion for Summary Judgement, and in support thereof states the following:

1.) The Plaintiff, although proceeding pro se, without benefit of counsel, has previously responded in length to Defendants' past filings extensively and with accompanying documentation thereto;

2.) That any further response would be, to the best of the Plaintiff's knowledge, redundant, and, would be against the major purpose of coming before this Court: inter alia, to obtain emergency relief from the actions and omissions of the Defendants regarding his serious medical need.

3.) That Plaintiff foregoes any further response in order to hopefully expedite his request for emergency injunctive relief.

WHEREFORE, your Plaintiff will forego any additional reply to Defendants' arguments as it would only be redundant, against judicial economy and expediency, and in the best interest of the Court and all parties herein.

Respectfully submitted,

DATE: March 18, 2001.

Robert Leon Buckner,

Plaintiff, pro se

BOP REG. No. 33001-037
Federal Prison Camp Lewisburg
P.O. Box 2000 - Unit K01-009L
Lewisburg, Pennsylvania 17837

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, first class postage prepaid, on this 18th day of March, 2001, to Mr. Matthew E. Haggerty, Esq., Assistant United States Attorney, at 316 Federal Building, 240 West Third Street, Williamsport, Pennsylvania 17703.

Robert Leon Buckner