

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of PENNSYLVANIA

U.S. Courthouse
228 Walnut Street, R.M. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

FILED
HARRISBURG 6-22-0

JUN 21 2001

MARY E. D'ANDREA, CLERK (717) 221-
Per: _____
DEPUTY CLERK  (717) 221-

MARY. E. D'ANDREA
Clerk of Court

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

June 15, 2001

RECEIVED
JUN 16 2001
U.S.C.A. 3rd CIR.

RE: Robert Leon Buckner vs. Anthony Bussanich, et al.
Civil Action No. 1:CV-00-1594

Dear Mr. Sisk:

Enclosed please find:

_____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

___x___ Actual Record with one certified copy and one uncertified copy of docket entries.

_____ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

_____ Actual _____ Supplemental Record with one certified copy and one uncertified copy of docket entries.

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

*Jill Cardile*
Deputy Clerk