(34)
6-22-

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
DIVISIONAL OFFICE IN HARRISBURG, PENNSYLVANIA

Robert Leon Buckner                     Dist. Ct. Docket __1:CV-00-1594__
                v.                      Ct. of Appeals Docket #_____
Dr. Anthony Bussanich, et al.
                                        J. Caldwell
NOTICE OF APPEAL FILED __6/14/01__   COURT REPORTER: _____


FILING FEE:
Notice of Appeal   ____Paid   _x_ Not Paid   ____Seaman
Docket Fee         ____Paid   _x_ Not Paid   ____USA or Govt.

CJA Appointment: (Attach copy of order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to proceed In Forma Pauperis status, if applicable   _____

____Motion Granted
____Denied
____Motion pending before district judge

RECEIVED JUN 18 2001 U.S.C.A. 3rd. CIR.

FILED
HARRISBURG
JUN 21 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Certificate of probable cause (state habeas corpus) (attach copy of order)

____Granted
____Denied
____Pending

COPIES TO:                          Deft. Address: _____
Judge Caldwell                                     _____
Robert Leon Buckner                                _____
Matthew Edward Haggerty, Esquire                   _____
File Copy

                                    _____
                                    Deputy Clerk

Please acknowledge receipt of these documents on the enclosed copy of this sheet.