● OFFICE OF THE CLERK ●

## UNITED STATES COURT OF APPEALS
### FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4926 

pacer.ca3.uscourts.gov

June 21, 2001

NOTICE OF DOCKETING OF APPEAL



Buckner v. Bussanich

No(s): 00-cv-01594

(Honorable William W. Caldwell)

An appeal by **Robert Leon Buckner** was filed in the above-captioned case on 6/14/01, and docketed in this Court on 6/21/01, at No. **01-2570**.

Kindly use the Appeals Docket No. **01-2570** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk