OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

___Harrisburg___ Clerk of District Court  1 to N   Date _8-30-01_
(District)

___Buckner v. Bussanich___   C. of A. No. _01-2570_
(Caption)

___Robert Leon Buckner___
(Appellant)

___00-CV-1594  J. Caldwell___
(D.C. No.)

Enclosures:

___8-30-01_____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

*__✓____ Record

*_____ Supplemental Record (First) (Second) (Third)

*_____ Exhibits

*_____ State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

_____ (267)-299-__4926__
Deputy Clerk          Telephone Number

*_____ (267)-299-_____
Record Processor     Telephone Number

Receipt Acknowledge:
___ack'd___
(Name)
___9-12-01___
(Date)
Rev. 3/13/00
Appeals (Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 1-2570

Buckner

vs.

Bussanich, et al.

Robert Leon Buckner, Appellant

(Middle District of Pennsylvania Civil No. 00-cv-01594)

ORDER

FILED HARRISBURG, PA
SEP 12 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is ORDERED that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER ORDERED that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron

Clerk

Date: August 30, 2001

cc:
    Mr. Robert Leon Buckner
    Matthew E. Haggerty, Esq.

A True Copy:

Marcia M. Waldron,
Clerk